Name: ROBERT ELLIS JONES   U.S.P. #18321

Address: P.O. BOX 250   DRAPER, UTAH 84020-0250

Telephone:

RECEIVED CLERK

FILED
U.S. DISTRICT COURT

JUN 26 2006

2006 JUN 30  A 9:07   U.S. DISTRICT COURT

DISTRICT OF UTAH

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

ROBERT ELLIS JONES

(Full Name)

     PLAINTIFF

     vs.

STATE OF UTAH,
DEPT OF CORRECTIONS
UTAH STATE PRISON/
MEDICAL DEPT.
M.D RICHARD GARDEN
P.A. PAUL ROSSER
P.A. KENNON TUBBS
M.D. PRAMOD SHARMA
et., al.

DEFENDANTS

**CIVIL RIGHTS COMPLAINT**
(42 U.S.C §1983, §1985)

Judge Dale A. Kimball
DECK TYPE: Civil
DATE STAMP: 06/30/2006 @ 09:13:34
CASE NUMBER: 2:06CV00527 DAK

## A. JURISDICTION

1.     Jurisdiction is proper in this court according to:

        a. **X** 42 U.S.C. §1983
        b. __ 42 U.S.C. §1985
        c. __ Other (Please Specify) _____

2.     NAME OF PLAINTIFF   ROBERT ELLIS JONES
    IS A CITIZEN OF THE STATE OF ____UTAH____

    PRESENT MAILING ADDRESS:   UTAH STATE PRISON #18321
    P.O. BOX 250   DRAPER, UTAH
    84020-0250

3.     NAME OF FIRST DEFENDANT   M.D RICHARD GARDEN

IS A CITIZEN OF **DRAPER, UTAH**
(City and State)

IS EMPLOYED AS **MEDICAL DEPT.** **PHYSICIAN** at **UTAH STATE PRISON**.
(Position and Title if Any)          (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES **X** NO___. If your answer is "YES" briefly explain.

**M.D. RICHARD GARDEN IS THE HEAD OF THE MEDICAL DEPT. AT THE UTAH STATE PRISON AND DENIED MY COMPENSATION REQUEST 26 JAN, 06.**

4.  NAME OF SECOND DEFENDANT **PAUL ROSSER**
(If applicable)

IS A CITIZEN OF **DRAPER, UTAH**
(City and State)

IS EMPLOYED AS **PHYSICIANS ASSIST.** at **UTAH STATE PRISON**.
(Position and Title if Any)          (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES **X** NO___. If your answer is "YES" briefly explain.

**ON OR ABOUT 20 AUGUST 2004 DEFENDANT PAUL ROSSER EXAMINED MY SCALP AND STATED THAT IT (LESION) LOOKS LIKE CANCER.**

5.  NAME OF THIRD DEFENDANT **KENNON C. TUBBS**
(If applicable)

IS A CITIZEN OF **DRAPER, UTAH**
(City and State)

IS EMPLOYED AS **PHYSICANS ASSIST.** at **UTAH STATE PRISON**.
(Position and Title if Any)          (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES _X_ NO___. If your answer is "YES" briefly explain.

ON 17 SEPTEMBER, 2004 DEFENDANT TUBBS DID TAKE A BIOPSY OF WHAT WAS SUSPECTED AS AS CANCER AT THE PROMONTORY MEDICAL ROOM. SPECIMEN WAS SENT TO SEATTLE, WASHINTON. FOR TESTING!

6. NAME OF FOURTH DEFENDANT __PRAMOD K. SHARMA__
   (If applicable)

IS A CITIZEN OF __SALT LAKE CITY, UTAH__
   (city and State)
   M.D., F.A.C.S.        UNIVERSITY OF UTAH MEDICAL CENTER/
IS EMPLOYED AS __HEAD AND NECK SURGEON__ at __HUNTSMAN CANCER INSTITUTE.__
   (Position and Title if Any)    (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES _X_ NO___. If your answer is "YES" briefly explain.

ON NOVEMBER 16, 2004 DEFENDANT SHARMA PERFORMED AN EYE BALL EXAM ON MY SCALP TO CONFIRM SUSPECTED MELANOMA AT HUNTSMAN. AT THIS TIME, BENIFIT OF SURGERY EXPLAINED.

(Use additional sheets of paper if necessary.)

## B. NATURE OF CASE

1. Why are you bringing this case to court?  Please explain the circumstances that led to the problem.

FROM AUGUST THRU DECEMBER 2004, MEDICAL CARE PROVIDERS AT THE UTAH STATE PRISON/et.,al. LED ME TO BELEIVE, AND CONTINUE TO TRY AND CONVINCE ME THAT MY LIFE WAS IN DANGER FROM MELANOMA AND SURGERY WAS NEEDED TO REMOVE MELANOMA FROM MY SCALP.

## C. CAUSE OF ACTION

1.  I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

    a.  (1)  Count I: NEGLIGENCE OF LEGAL DUTIES.

        (2)  Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)
        ALL PARTIES INVOLVED IN THIS ACTION FAILED TO CONFIRM WITH 100% CERTAINTY THAT A SUSPECTED LESION ON MY SCALP WAS NOT MELANOMA AS REPORTED FROM LAB IN SEATTLE, WASH. MELANOMA CLINIC AT (UCSF) UNIVERSITY REPORTED NOT MELANOMA AS THE PREVIOUS REPORTS INDICATED.

    b.  (1)  Count II: LACK OF PROPER MEDICAL CARE DELIBERATE INDIFFERENCE.

        (2)  Supporting Facts: DEFENDANTS AS PHYSICIANS HAVE A LEGAL DUTY TO PROVIDE ADEQUATE CARE TO PATIENTS. DEFENDANTS HAVE NEGLECTED TO MEET THIS DUTY IN A REASONABLE AMOUNT OF TIME AND THUS CAUSED PLAINTIFF TO REMAIN IN PAIN.

    c.  (1)  Count III: PERMANENT DISFIGUREMENT.

(2)     Supporting Facts: ON DECEMBER 2, 2004 I UDERWENT A SURGICAL PROCEEDURE TO REMOVE A SUSPICIOUS LUMP ON MY SCALP THAT WAS IDENTIFIED AFTER SURGICAL PROCEEDURES - NOT MELANOMA, BUT A MELANOCYTIC NEVUS, OR A MOLE.

## D. INJURY

1.     How have you been injured by the actions of the defendant(s)?

I AM STILL TO THIS DAY BEING TOLD BY MEDICAL STAFF THAT I DID HAVE A MALIGNANT MELANOMA. HOWEVER THE FINAL SURGICAL REPORT SAYS OTHERWISE. DUE TO THE SIZE OF THE HOLE IN MY SCALP I AM VERY SELF CONSCIOUS OF THIS IN PUBLIC.

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1.     Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES_____ / NO __X__. If your answer is "YES," describe each lawsuit.  (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

a.          Parties to previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

b.     Name of court and case or docket number:  _____

c.     Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

d.     Issues raised: _____

_____

_____

e.     When did you file the lawsuit? _____

                               Date      Month      Year

f.     When was it (will it be) decided? _____

2.     Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES _X_ / NO ___. If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

     I FILED (2) SEPARATE GREIVANCES. 1. REQUESTING TO BE COMPENSATED FOR THE DISFIGUREMENT OF MY HEAD. (REFERENCE: # 99086070) AND THE SECOND GREIVANCE (REFERENCE # 99086061) FOR THE LACK OF PROPER MEDICAL CARE. BOTH MATTERS WERE DENIED, DIRECTING ME TO SEEK JUDICIAL ~~JUDICAL~~ REMEDY.

### F. REQUEST FOR RELIEF

1.     I believe that I am entitled to the following relief:

     TO BE COMPENSATED IN AN AMOUNT TO BE DECIDED BY A JURY FOR DISFIGUREMENT, (PERMANENT) AND NEGLIGENCE. AND WITH NO FUTURE LIABILITY OF MEDICAL EXPENSES INCURRED WHILE INCARCERATED.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct.  28 U.S.C. §1746; 18 U.S.C §1621.

Executed at _W-D 303 B_ on _2 JUNE_ 20_06_.
       (Location)        (Date)

_Clint Ellis Jones_
Signature




**Pramod K. Sharma, M.D., F.A.C.S.**
Assistant Professor
Otolaryngology - Head and Neck Surgery
Head and Neck Surgery Oncology
Head and Neck Reconstruction

THE
UNIVERSITY
OF UTAH

HUNTSMAN
CANCER INSTITUTE
at
THE UNIVERSITY OF UTAH

November 16, 2004

Dr. Tubbs
Utah State Prison
Department of Corrections
PO Box 250
Draper, Utah 84020

*18321*

RE:   Robert Jones
ENT:  89689
MRN:  05051255

Dear Dr. Tubbs,

I had the pleasure of seeing Robert Jones today in consultation. Mr. Jones is a 42 year old male with a history of a scalp lesion. He underwent a biopsy on approximately 9/17/04. This was evaluated and there was a question as to whether this was a benign or malignant lesion. Examination at the Dermopathology Laboratory at the University of ← *EYE EXAM?* Utah School of Medicine confirms this to be a malignant melanoma, with invasion to at least 0.75 mm. The patient denies any family history of malignant melanoma. His past medical history is significant for chronic back pain, with a history of a diskectomy for a herniated disk. He smokes approximately one-half pack a day for 25 years. He no longer consumes alcohol products.

Physical Examination: Evaluation of the scalp reveals a raised oval lesion that is approximately 1.5 cm. in diameter in the vertex on the right side of midline. There are no other abnormalities of the scalp. Palpation of the neck reveals no lymphadenopathy. The remainder of the head and neck examination was essentially normal.

In summary, Mr. Jones has a malignant melanoma of at least 0.75 mm. thickness, without ulceration (deep margin positive). This lesion represents a probable intermediate risk and therefore I have recommended lymphoscintigraphy to identify sentinel node, with sentinel node biopsy. I have also recommended wide local excision with 2 cm. margins and a split thickness skin graft. I have explained the procedure in detail to the patient including all risks and benefits and he has consented. This will be scheduled in the near future.

Thank you for allowing me to be involved in the care of this patient. I will keep you informed as to his progress.

Sincerely,

*Pramod K. Sharma*

Pramod K. Sharma, MD, FACS
Assistant Professor

PKS/er

50 North Medical Drive, Room 3C120, Salt Lake City, Utah 84132-2301
Telephone (801) 585-7143 • FAX (801) 585-5744 • pramod.sharma@hsc.utah.edu

ENCOUNTER REPORT 11/16/2004 USP NUMBER:18321      PRINTED: 2/14/2006
JONES,ROBERT (M) 44 Years (12/30/61)


11/16/2004 08:30  SITE OUTSIDE FACILITY  TYPE CONSULT  CLINIC VISIT
          WELCH,JANET J  entered by:WELCH,JANET J

                         DIAGNOSES/PROBLEMS

BHEB1        SPECIALTY EXAMINATION
             PATIENT SEEN AT UMC HUNTSMAN.  EXAM PERFORMED.  PATIENT
             WITH MELANOMA ON SCALP.  WILL REQUIRE EXCISION WITH SKIN
             GRAFT AND LYMPH NODE BIOPSY.

**PRIVATE**

University of Utah Hospitals and Clinics
Salt Lake City, UT

## SP Final Report

JONES, ROBERT - 05051255

Result Type:            SP Final Report
Service Date:           December 02, 2004 3:44 PM
Result Status:          Final
Result Title:           SP FINAL REPORT
Authored By:            LAB -TECH, LAB on December 02, 2004 3:44 PM
Verified By:            LAB -TECH, LAB on December 02, 2004 3:44 PM

## * Final Report *

**ACCESSION**
SP04016155

**SP SUBMITTING PHYSICIAN**
Sharma/Otolaryngology

**SP CLINICAL HISTORY**
History of scalp melanoma.

**SP GROSS DESCRIPTION**
Received are two containers with formalin labeled with the patient's name and
medical record number.
Container one labeled "right neck level 5 sentinel lymph node" contains a
lightly blue-tinged lymph node measuring 1.3 x 1.0 x 0.5 cm, sectioned and
submitted entirely in cassette 1A.  Immunohistochemical stains for S-100 and
melanin-A are obtained.
Container two labeled "right scalp lesion, stitch - anterior" contains an
ovoid portion of thick hair-bearing scalp skin measuring 5.3 x 4.8 cm x up to
0.9 cm thick.  A stitch is present through one end.  Nearly centrally on the
skin surface is a plaque-like area of slightly shiny thickened skin up to 1.2
x 0.9 cm surrounded by a blue-green surgical dye blush.  The anterior stitch
is designated as 3 o'clock. The surgical margins are inked black.  Cassette
code: 2A-2H - entire circumferential margins en face beginning at 12 o'clock;
2I-2P - entire central lesional or scarred area blocked and submitted
entirely, posterior to anterior.  RG/rr

**Signature Line**
12/03/04    (RSG/rar)

**SP MICROSCOPIC EXAMINATION**
Sections of the right neck level sentinel node are unremarkable.  Special
immunoperoxidase stains on this node are in progress and an addendum will be
issued when these studies are completed.  Sections of the right scalp lesion
show an intradermal nevus.  We see no residual melanoma.

**SP DIAGNOSIS**
1. LYMPH  NODE, RIGHT NECK LEVEL 5, EXCISION:
   - NO PATHOLOGIC DIAGNOSIS (1/1).
\E\
2. SKIN, RIGHT SCALP, WIDE EXCISION:
   - MELANOCYTIC NEVUS, INTRADERMAL TYPE.

Printed by:    Olsen, Terri L
Printed on:    12/20/2004 2:07 PM

**PRIVATE**

CONSULTATION

UNIVERSITY OF UTAH HOSPITALS AND CLINICS
SALT LAKE CITY, UTAH 84132

PATIENT LOC: AA07                              MRN:   05051255
VISIT NUMBER: 101332526        18321           PAT NAME: ROBERT JONES
                                               DOB: Dec-30-1961   SEX: M

ACC #: 2160553                     REQUESTING MD: PRAMOD SHARMA, MD
COMPLETED: Dec-2-2004 AT: 0950     ATTENDING MD: PRAMOD SHARMA, MD

EXAM: LYMPHOSCINTIGRAPHY CANCER BSPI

                                        DISTRIBUTION DATE:Dec-10-2004
Diagnosis: 172.4
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

HISTORY:  Melanoma of the right side of the scalp.

RADIOPHARMACEUTICAL:  420 uCi Tc99m Sulfur Colloid

PROCEDURE:  Four 0.1 ml aliquots of Tc99m SC were injected around
the right scalp melanoma. Dynamic imaging of the head and draining
lymph nodes was acquired.  The first node visualized in the
superficial right supraclavicular region was marked for future
surgical removal.

IMPRESSION:

SUCCESSFUL LYMPHOSCINTIGRAPHY, AND MARKING OF THE SENTINEL LYMPH
NODE IN THE RIGHT SUPRACLAVICULAR REGION.

APPROVED BY:
Boyd Vomocil, MD  /signed by/ Boyd Vomocil, MD

by Boyd Vomocil, MD

TRANSCRIBED BY: TALKSTATION INTERFACE

PRIVATE



**Pramod K. Sharma, M.D., F.A.C.S.**
Assistant Professor
Otolaryngology - Head and Neck Surgery
Head and Neck Surgery Oncology
Head and Neck Reconstruction



December 8, 2004

#18321

Dr. Tubbs
Utah State Prison
Department of Corrections
PO Box 250
Draper, Utah 84020

RE:    **Robert Jones**
ENT:   **89689**
MRN:   **05051255**

Dear Dr. Tubbs,

I had the pleasure of seeing Robert Jones today in follow up. Mr. Jones is a 42 year old male with a history of a scalp melanoma. He underwent wide local excision with split thickness skin graft reconstruction and a sentinel node biopsy on 12/2/04. He has done well since that time and has no complaints today.

Physical Examination: Evaluation of the scalp reveals the bolster to be in good position. This was removed without difficulty and examination reveals 100% take of the graft. Examination of the neck reveals the sentinel node biopsy site to be well healed. The remainder of the head and neck examination was essentially normal.

Pathology: Final histopathology reveals negative margins of the primary site. Examination of the sentinel node reveals no evidence of malignant melanoma.

In summary, Mr. Jones is currently doing well and is recovering nicely from his recent surgery. I have asked him to return to see me in six months for cancer surveillance.

Thank you for allowing me to be involved in the care of this patient. I will keep you informed as to his progress.

Sincerely,

Pramod K. Sharma, MD, FACS
Assistant Professor

PKS:ec

**PRIVATE**

# John L. Meisenheimer, M.D
## SOUTH ORLANDO DERMATOLOG

Skin Care Product Store Toll Free  Ordering 1-800-393-38

# Melanocytic Nevus (Mole)

**Remove Pimples FAST!**

ZENO

Click Here
Info. & Video



**Home**

**Skin Disease Information**

**Streaming Videos**

**Skin Care Store**

**Practice Information**

**Cosmetic Services**

**Medical Services**

Appointments   407-352-2444

This patient information and photographs on Moles provided by John L. Meisenheimer, M.D. a board certified Dermatologist and skin care specialist based in Orlando, Florida. This information is not intended as a substitute for the medical advice or treatment of a dermatologist or other physician.

**What is it?**   Melanocytic nevi are some of the most common growths that occur on the skin. In general terms these are often referred to as moles, beauty spots or birthmarks. Melanocytic nevi can be present at birth or around the time of birth. These tend to be larger moles and are referred to as congenital nevi. During childhood "regular moles" may begin to appear. Typically they are skin color to dark brown, flat to dome shaped growths that can appear anywhere on the skin. The average person has 15-20 melanocytic nevi.


Melanocytic Nevi (Moles)

**What causes it?**   Genetics play a role in the formation of melanocytic nevi. Some families have a tendency to develop more moles than others.

**Is it dangerous?**   They are harmless, but sometimes they can be difficult to tell from skin cancer by lay persons. This can be especially true for a type of mole called a **dysplastic nevus**. Any growth that suddenly changes in size, color, shape, bleeds, itches on a regular basis or becomes inflamed or irritated needs to be evaluated by a dermatologist. Although I remove many of them for cosmetic reasons, removal is not necessary unless they are irritated, inflamed or suspicious. New technology is available for following

Melanocytic Nevus

moles for dangerous change over time called **SolarScan®**. I am pleased to be the first Dermatology Center in Central Florida to offer this technology to my patients.

**Can it be cured?**    Melanocytic nevi are easily removed, but insurance considers this cosmetic unless they are inflamed, irritated or clinically suspicious. Some Melanocytic nevi may re-grow after removal, but most do not. I have several techniques that I use to remove these growths. I try to choose a technique that gives the best cosmetic result for each growth depending on its size and location. Click here for information on **cosmetic removals.**


Melanocytic nevus

**Will it spread?**    New ones usually continue to appear throughout life.

**Is it contagious?**    Melanocytic nevi are not contagious and you can not "catch" them from anyone.

© John L. Meisenheimer, M.D.  2004
WWW.OrlandoSkinDoc.com

Last modified: 10/29/05

Robert E Jones USP# 18321
Location W-D 129 B

Dr Gardner, Medical Dept.                    1-23-06

   I am writing you to ask that you hear
my request, and my reason for this request.
medical records reflect proceedures that were
taken and as a result, Surgery was performed
on me that was not necessary on 12-2-04.
   In that, in late august or early September 04,
I noticed a small lump on my scalp when it
started to bleed on my pillow, and in combing my
hair. I went to pill line and was told to put in
a medical Request which I did.
   Upon first examination by P.A. Paul Rosser at
the medical Room in the Promontory Building. Rosser
stated to me that it looks like Cancer. A Biopsy
was later taken by P.A. Kennon Wilks.
   Said specimen was then sent to an outside
facility, to Seattle, Washington. Tested and found
to be (A TYPICAL MELANOMA) according to reports.
   However it was not clear (POSITIVELY CONFIRMED)
that the specimen was in fact Melanoma, and
then sent to the Melanoma Clinic in San Francisco
California. There, further tests were ran, and it
was then determined that it was not Melanoma
as previous reports had stated. yet Complete
excision was recommended of the small lump
on my scalp.
   Next I was taken to the Huntsman Cancer
Institute and again assured that I did in
fact have Melanoma, and was told the proceedure
that would have to be done to remove the
suspicious lump on my head/scalp, However I
was not under the impression that such a large
section of my scalp would have to be removed
for such a small lump.

PAGE 2

along with the section that was taken from my scalp, lymphnodes were also removed from the right side of my neck to test for cancer, and to be sure that it had not spread. Also a skin graph was taken from my left leg (3 in square) to cover the section of my scalp that was removed as it was suspected to be Melanoma.

After these surgical proceedures were performed (UMC) on December 2, 2004, I was returned to my Housing unit (lone Peak) to heal from surgery.

(5) days later I was returned to the Huntsman Cancer Institute to have the bandage removed from my scalp, at which time I was informed by Dr. Sharma (assistant Proffssor, did surgery) that I did not have Cancer, (Melanoma) after all. He suspected, and stated (I think) it was only a birthmark. (I am greatful it was not Cancer.)

It has been my opinion that furter testing could, and very well should have been performed. To be certain that I did in fact have Melanoma prior to all the uncertain ramifications that I underwent. This Oversight has the least of which left me disfigured, to say the least.

I am constantly reminded of this oversight everytime I am asked what happened to my head. It cannot be covered up, and to shave my head would only make it more noticeable. theres nothing I can do to undo what has been done to me.

It is therefore my request that I receive for the Disfigurement of my head and scars on my neck and left leg, The amount of $25,000.00 twenty five Thousand Dollars to Compensate me for this Unfortunate loss, as well as undue pain and suffering and Mental Anguish.

awaiting your reply, I remain, Respectfully
Robert E Jones U.S.P.
#18321

### DIVISION OF INSTITUTIONAL OPERATIONS

### CLINICAL SERVICES

### M E M O R A N D U M

**TO:**       Inmate Robert Jones   USP #18321   Off #20454
              Wasatch D-Block   129B

**FROM:**     Dr. Garden—Clinical Services

**DATE:**     January 26, 2006

**SUBJECT:**  YOUR LETTER OF 1/23/06

---

I am unable to address your request for financial
compensation.  Please discuss your issues with your caseworker or
submit a grievance.

**INMATE GRIEVANCE FORM**

GF-1

RECEIVED
FEB 10 2006

INMATE'S NAME _Robert Ellis Jones_ USP# _18321_ HOUSING AREA _W-D129B_

SECTION 1 - INFORMAL ACTION <u>To be completed by inmate:</u>

Specific nature of grievances (who, what, when, where and how): _Between August and December of 2004 I was led to believe that I had skin Cancer (melanoma) after seeking medical advise when I found a lump on my head, I was told by P.A. Paul Rosser that it looks like Cancer. later a biopsy was taken by P.A. Kennon Tubbs After being first sent to Seattle, Washington, tested and found to be (A TYPICAL MELANOMA) and later sent to the UCSF Melanoma Clinic in California, tested and found not to be melanoma? After which I was later sent to the Huntsman Cancer Institute Convinced that I did have melanoma and scheduled for surgery on 12-2-04 upon follow-up of said surgery by Dr. Sharma of Huntsman I was told I didn't have Cancer after all. Dr. Sharma said think it was just a Birthmark._

Identify those contacted regarding your grievance and state what **YOU HAVE DONE** to resolve the issue: _I have written a letter to Dr. Gardner and the Medical Dept concerning the Nature of this Matter 1-23-06 Dr. Gardners response to Me Dated 26 JAN, 2006 Tells me to submit Grievance._

What is the specific remedy you seek? _I am requesting that I be duly Compensated for the disfigurement of my head, and the Scars that are on my neck and my left leg that I must carry with me for the rest of my life as a result of this procedure, and not to mention the Embarrassment from the (hole in my head) questions of what happened. And the self esteem issues that this has raised for me._

_Robert E Jones 2-2-06_
**Inmate's Signature / Date**

*I Received on 2-23-06*

# LEVEL ONE GRIEVANCE
## STAFF RESPONSE
### UTAH STATE PRISON

GRIEVANCE NUMBER:    9908-60-670
INMATE NAME & HOUSING:    Jones, Robert

INMATE NUMBER:    18321

Mr. Jones, I have reviewed your grievance and your medical record.

Dr. Garden's response was generated in your request for financial compensation for the medical care given to you.

From what I researched, your care was appropriate. The results of the biopsy were from an independent lab and from UMC. Your lesion was so odd, that it had to be sent to San Francisco for final determination. The surgery was completed at their recommendation.

You were an educated participant in your care and your surgeries. You signed consents for surgery. Your scars are a result of surgery.

Thank-you for bringing this to my attention.

___Shelley Buswell, RN___                    ___2/15/06___
Staff                                          Date

Original:     Returned to Inmate
Copy:         Level One Grievance File



**State of Utah**

JON M. HUNTSMAN, JR.
*Governor*

GARY R. HERBERT
*Lieutenant Governor*

**Department of Corrections**

SCOTT V. CARVER
*Executive Director*

CHRISTINE MITCHELL
*Deputy Director*

BELLE BROUGH
*Director, Division of Institutional Operations*

CLINT S. FRIEL
*Draper Site Warden*

March 17, 2006

Inmate Robert E. Jones #18321
Wasatch D  129B
Utah State Prison
P.O. Box 250
Draper, Utah 84020

RE:     **Level 2 Response**
        Reference: 990860670

Inmate Jones:

I have reviewed your grievance.  You allege a lesion removed from your scalp was not cancer making the surgery unnecessary. You request to be compensated for the alleged disfigurement of your head and the scars on your neck and left leg and alleged emotional distress.

You were a fully informed surgical patient.  You gave your consent after all possible complications were reviewed with you. Scars are a natural occurrence after surgery and you knew or should have known scars would develop at the surgical site(s).

Your grievance remedies are denied.

You may appeal the Level 2 decision by following the procedure outlined in FDr 02/03.04.

Billie Casper, Inmate Grievance Coordinator

Tom Anderson, Correctional Administrator for,
Clint Friel, Warden
Utah State Prison

60670

GF-3

*Inmate Grievance Coordinator*

**SUPPLEMENTAL GRIEVANCE PAGE**

Reference No: 990860670
Subject Code: Medical
Location Code: _____
Day/Month/Year: 3-22-06
Level: III (3)

In response to my level 2 Denial. I am reminded once again that I was fully informed and Educated after all possible complications were reviewed with me. I am still to this day by trained and Educated Medical Professionals being told that I did in fact have Melanoma. And the Final Report clearly states Otherwise, and I quote from that Document: Sections of the right scalp lesion show an intradermal nevus. We see no residual Melanoma. SP Diagnosis #2 Skin, Right Scalp, Wide Excision: Melanocytic nevus, Intradermal Type. Had any one of the Trained Medical Professionals at any time taken a second Biopsy after the Melanoma Clinic in San Francisco said This was not Melanoma as previous reports had stated. This procedure likely would not have been performed. And whats worse is no one will accept responsibility for what was done to me because Every Trained Medical Professional Failed to confirm with a second biopsy that I did not have Melanoma as suspected. Therefore your level 2 response is invalid as it has nothing to do with my Complaint. And you are participating in a Cover-up!!!

Robert E Jones #18324
INMATE'S SIGNATURE

GRIEVANCE FORWARDED
#18324 LEVEL 3
INMATE COPY

3-22-06
DATE SUBMITTED

WH/E51  Revised 9/1/94

FDr02/04.06



**Department of Corrections**

SCOTT V. CARVER
*Executive Director*

Hearing Office

JON M. HUNTSMAN, JR.
*Governor*

GARY R. HERBERT
*Lieutenant Governor*

April 4, 2006

Robert Jones
#18321
Wasatch D #213

RE:  Grievance #990860670

**Inmate Jones:**

I reviewed the above-noted grievance.  You allege the lesion removed from your scalp was not cancerous and the surgery was not necessary.  You request to be compensated for the disfigurement of your head and for the emotional distress you suffered.

Your request for monetary compensation is beyond the scope of this office.  This office is incapable of awarding monetary compensation for your claim.

Medical records indicate that you gave your consent for this surgery.  The complications were reviewed with you and you were informed of the problems that would result from this surgery.

Your grievance remedy is denied.

There is no additional administrative review.  If you remain unsatisfied, you must seek a judicial remedy.


*Craig Balls*

Hearing Office
Utah Department of Corrections

cc:     Grievance Coordinator
        file


*Received 4-7-06 RJ*


14717 South Minute Man Drive, Draper, Utah 84020

114

# LEVEL ONE GRIEVANCE
## STAFF RESPONSE
### UTAH STATE PRISON

GRIEVANCE NUMBER:      9908-60-061
INMATE NAME & HOUSING:      JONES, ROBERT   W-D

INMATE NUMBER:              18321

Mr. Jones, I have reviewed your grievance and your medical record.

You were seen subsequent to you putting in a grievance and seen by 2 Pas on December 5, 2005. I do not see mention in their notes any complaints of your knee, back, or neck pain. PA Coombs did evaluate your feet and stated that you did not need a shoe clearance. He evaluated your hip and has asked that you use your crutches for 2 more weeks.

I have asked that you be put on PA Coombs next available schedule to evaluate your knee, back, and neck pain. Your care appears appropriate. If you have co-pay issues they need to be addressed with the medical copay administrator. I do not handle those issues.

Thank-you for bringing this to my attention.

___Shelley Buswell, RN_____                    ___12/10//05_____
Staff                                            Date

Original:      Returned to Inmate
Copy:          Level One Grievance File

Department of Corrections

SCOTT V. CARVER
*Executive Director*

BELLE BROUGH
*Director, Division of Institutional Operations*

CLINT S. FRIEL
*Warden, Draper Site*

**State of Utah**

JON M. HUNTSMAN, JR.
*Governor*

GARY R. HERBERT
*Lieutenant Governor*

*THIS REPLY RECEIVED 2/13/06 REJ*

February 7, 2006

Inmate Robert Jones #18321
Wasatch D  129B
Utah State Prison
P.O. Box 250
Draper, Utah 84020

RE:   **Level 2 Response**
      Reference:  990860061

Inmate Jones:

I have reviewed your grievance.  You allege you have not received proper medical treatment for the injuries you suffered prior to returning to prison.  You request an x-ray of your right ankle, left knee, back, and hip as well as better pain medication.

Your medical records show you have received and continue to receive proper medical treatment, including referral to specialists, pain medication, and diagnostic testing, for the injuries you had when you returned to prison.

Your injuries have been x-rayed and you had an MRI and a CT scan.

Your grievance remedy is resolved.

You may appeal the Level 2 decision by following the procedure outlined in FDr 02/03.04.

Billie Casper, Inmate Grievance Coordinator

Tom Anderson, Correctional Administrator for,
Clint Friel, Warden
Utah State Prison

60061

GF-3

*Level 3*

Reference No: 990-860-061

Subject Code: *Medical*

<u>BHC</u>
Inmate Grievance Coordinator

Location Code: _____

Day/Month/Year: 2/13/06

**SUPPLEMENTAL GRIEVANCE PAGE**

Level: III (3)

I don't agree that my greivance is resolved which concerns lack of proper medical treatment. To date I have had 7 x-rays on my (fractured) hip. A CT scan on my neck, an MRI on my left knee. The MRI that was done on my lower back was unrequested and received. Nothing further has been done to date to address the chronic Back Pain - that MRI was done in november of 2004 and was requested to validate existing problems.

I received a brace for my right ankle. But this does not fix the problem. I also received a brace for my left knee. Between my lower back, hip and knee, right ankle, I am constantly in pain. The medication I've been perscribed, and have taken for 4 months is ineffective to my pain - I see no benifit in taking medication for a prolonged period that does not help control pain. I'm not the doctor, I'm the patient, and I know where I'm in pain. Either I need something done to help with these existing problems, or I need medication to better manage these problems,

Robert E Jones
INMATE'S SIGNATURE

GRIEVANCE FORWARDED

TO LEVEL 3

INMATE COPY

2/13/06
DATE SUBMITTED

WH/E51  Revised 9/1/94

FDr02/04.06



**Department of Corrections**

SCOTT V. CARVER
*Executive Director*

**Hearing Office**

JON M. HUNTSMAN, JR.
*Governor*

GARY R. HERBERT
*Lieutenant Governor*

February 27, 2006

Robert Jones
#18321
Wasatch D #129

RE: Grievance #990860061

Inmate Jones:

I reviewed the above-noted grievance. You allege you have not received proper medical treatment for your injuries. You request treatment for these problems and better pain medication.

Records indicate that medical personnel are aware of your problems and they are providing you with on-going treatment. Attempts are being made to resolve your medical problems.

Your grievance remedy is resolved.

There is no additional administrative review. If you remain unsatisfied, you must seek a judicial remedy.

*Craig Balls*

Hearing Office
Utah Department of Corrections

cc:     Grievance Coordinator
        file

*I received this notice on 3-1-06 RSJ*

14717 South Minute Man Drive, Draper, Utah 84020

081

# M E M O R A N D U M

**TO:**        **ROBERT JONES    18321    W-D   129B**

**FROM:**    **CLINICAL SERVICES, RECORDS**

**DATE**    **FEBRUARY 14, 2006**

**SUBJECT:  <u>RELEASE OF RECORDS</u>**

Enclosed is a copy of your records per your request dated: 1-23-06

Number of copies:  17   (UMC REPORTS:   10-3-04, 11-15-04, 11-16-04, 12-2-04, 12-8-04, 10-12-05; COMPUTER CHARTING FROM 11-16-04 TO 2-13-06)

**AMOUNT CHARGED TO INMATE ACCOUNT:  $4.25**

These records will be provided to you one time only.  New records can be requested as they are generated.  Please safeguard them.

Note,
 I have distributed this information throughout
This file where I feel that info is prevalent.
                    REJ
                    4-23-06

**RECORDS REQUEST**

**(1)**

Requester's Name: _ROBERT E. JONES_   Date Requested: _1-23-06_

Agency Name or
Prison Number: _18321   OFF#20454_
_W-O-129B_

Mailing Address: _P.O. BOX 250_   Business Address: _____
_DRAPER, UT 84070_

Daytime Telephone: _____

**(2)**

In accordance with the Governmental Records Access Management Act,

1. Indicate complete name and prison number (if applicable) of the subject of the information requested _ROBERT ELLIS JONES_ _USP #18321 OFFENDER #20454_.

2. Indicate the Utah Department of Corrections division, facility, or program originating the information requested _MEDICAL_

3. Indicate the approximate year, month, and day the information requested was entered into the record _3-10-04 TO 1-18-05_.

4. Indicate, with as much detail as possible, the nature of the information requested _Information regarding testing and surgery as well as all Outside Medical Records Q.E. MECKHAM Prostomen Cancer Inst and UMC_
(use additional pages as needed)

**(3)**

**LEGAL AUTHORITY TO RECEIVE THE INFORMATION**
(evidence must be provided)

1. [X] I am requesting information which I believe to be **Public**.
2. [X] I am the **subject** of the record being requested.
3. [ ] I am the **person** who **provided** the information.
4. [ ] I am the **parent or legal guardian** of the subject of the information.
5. [ ] I have a **Power of Attorney** from the subject of the information.
6. [ ] I have a **Notarized Release** from the subject of the information.
7. [ ] I have a **Court Order** from a court of competent jurisdiction.

**(4)**

If requested records are classified "Controlled", the requester shall sign the following:

**ACKNOWLEDGMENT**

I hereby acknowledge that I am a physician, psychologist, or certified social worker and that I will not disclose controlled information to any person, including the subject of the records, except in response to a lawful order of the State Records Committee or the district court.

_Robert E. Jones_   _1-26-06_
(signature)   (date)

RR1(8/92)

17

CONSULTATION

UNIVERSITY OF UTAH HOSPITALS AND CLINICS
SALT LAKE CITY, UTAH 84132

PATIENT LOC: AC18                                    MRN:  05051255
VISIT NUMBER: 101007797                              PAT NAME: ROBERT JONES
                                                     DOB: Dec-30-1961   SEX: M

ACC #: 2151244                       REQUESTING MD: RICHARD GARDEN, MD
COMPLETED: Nov-15-2004 AT: 0742      ATTENDING MD: PRAMOD SHARMA, MD

EXAM: MRI L-SPINE, WO CONT REG BSPII

Diagnosis: 722.10,724.02,724.2                       DISTRIBUTION DATE
----------------------------------------------------------------------

MRI of the lumbar spine without gadolinium

Indication:  Back and right leg pain.

Technique:  Sagittal and axial T1 and T2 weighted images were
obtained through the lumbar spine.

Findings:  Alignment is anatomical.  The native canal dimensions
are shallow on a congenital basis.  The conus is seen at the
appropriate level.  The bone marrow signal is normal.  There is a
large, extruded disc fragment, eccentric to the right noted at the
L5/S1 level.

Axial images reveal an unremarkable appearance to the L1/2, L2/3
and L3/4 levels.

At the L4/5 level, mild facet arthropathy is seen without
significant foraminal compromise or canal stenosis.

The L5/S1 level, there is a disc extrusion, eccentric to the right
causing mass effect on the exiting S1 nerve root.  Facet
arthropathy is also noted at this level.  On the basis of facet
arthropathy, disc extrusion and a congenitally shallow canal,
there is mild central canal stenosis at this level.

Impression:  Congenitally shallow canal.

Large, right-sided disc extrusion at the L5/S1 level with mass
effect on the exiting S1 nerve root.


APPROVED BY:
Abigail Childs, MD (FELLOW)  /signed by/ Abigail Childs, MD (FELLOW)
Richard H Wiggins  /signed by/ Richard H Wiggins

I have personally reviewed the images for this examination and agree
with the report transcribed.
by Richard H Wiggins


TRANSCRIBED BY: TALKSTATION INTERFACE

**PRIVATE**

ENCOUNTER REPORT 11/17/2004 USP NUMBER:18321      PRINTED: 2/14/2006
JONES,ROBERT (M) 44 Years (12/30/61)


11/17/2004 08:03  SITE WASTACH    TYPE MD SICK CALL    CLINIC VISIT
        TUBBS,KENNON C,MD   entered by:TUBBS,KENNON C,MD

                        PROCEDURES

BXKT4      REFERRAL TO OUTSIDE CONSULTANT
           NEUROSURGERY FOR EVAL OF RECENT MRI WHICH SHOWED LARGE R
           SIDED DISC EXTRUSION AT L5S1 WITH MASS EFFECT ON THE
           EXITING S1 NERVE ROOT

PRIVATE

```
ENCOUNTER REPORT 12/23/2004 USP NUMBER:18321      PRINTED: 2/14/2006
JONES,ROBERT (M) 44 Years (12/30/61)


12/23/2004 14:21  SITE LONE PEAK FF   TYPE PA OR NP SICK CALL    CLINIC VISIT
            COOMBS,JOSEPH A,PAC   entered by:COOMBS,JOSEPH A,PAC
```

                            DISPOSITIONS

AACQ1       DISPOSITION           RTC PRN

                          DIAGNOSES/PROBLEMS

BLKJ7       MULTIPLE SYSTEM COMPLAINT <Subjective, RFV, 12/23/2004>
            SURGERY TO REMOVE CA SCALP AND NECK FOR NODE BIOPSY

                            PHYSICAL EXAM

WBAP3-N     NEUROLOGICAL EXAM NORMAL
CASW1-O     NECK                      INCISION HEALING WELL.
CANK9-O     FACE                      JAW NML
CDBX4-O     SCALP                     NO INFECTION HEALING WELL

                              THERAPIES

GTAF2       BACITRACIN OINTMENT
               15GM 1 TOP A
               QD START: 12/23/2004 STOP :2/6/2005
               DISCONTINUED: 1/26/2005 Inactivated. WALKER,CINDY L
               ADMINISTRATION INFO. : LG AMOUNT *SC Rx#583787
WSHL1-1     ACETAMINOPHEN (TYLENOL)
               325MG 2 PO AP
               BID START: 12/23/2004 STOP :1/13/2005 *SC Rx#583788

**PRIVATE**

ENCOUNTER REPORT 10/12/2005 USP NUMBER:18321      PRINTED: 2/14/2006
JONES,ROBERT (M) 44 Years (12/30/61)


10/12/2005 07:21  SITE OUTSIDE FACILITY   TYPE CONSULT  CLINIC VISIT
           WELCH,JANET J   entered by:WELCH,JANET J

                        DIAGNOSES/PROBLEMS

BHEB1       SPECIALTY EXAMINATION
            IMPRESSION OF C-SPINE CT:  NO CHANGE IN THE APPEARANCE
            OF MILD MULTILEVEL DEGENERATIVE DISC DISEASE IN THE
            CERVICAL SPINE. NO ACUTE OSSEOUS INJURY TO THE CERVICAL
            SPINE.

PRIVATE

ENCOUNTER REPORT 10/12/2005 USP NUMBER:18321      PRINTED: 2/14/2006
JONES,ROBERT (M) 44 Years (12/30/61)


10/12/2005 07:20  SITE OUTSIDE FACILITY   TYPE CONSULT  CLINIC VISIT
          WELCH,JANET J   entered by:WELCH,JANET J

                         DIAGNOSES/PROBLEMS

BHEB1        SPECIALTY EXAMINATION
             IMPRESSION OF HEAD CT:  NO DEFINITE EVIDENCE OF AN ACUTE
             INTRACRANIAL PROCESS.  RESOLUTION OF POSTERIOR FALX
             THICKENING.

PRIVATE

CONSULTATION
UNIVERSITY OF UTAH HOSPITALS AND CLINICS
SALT LAKE CITY, UTAH 84132

PATIENT LOC: AC18                          MRN:  16244642
VISIT NUMBER: 110456555                    PAT NAME: ROBERT ELLIS JONES
                                           DOB: Dec-30-1961   SEX: M

ACC #: 2402097                   REQUESTING MD: STEPHEN E MORRIS, MD
COMPLETED: Oct-12-2005 AT: 0720   ATTENDING MD: WILLIAM COULDWELL, MD

EXAM: CERVICAL SPINE CT WO   BSPII

Diagnosis: 959.09,722.4,E819.9                     DISTRIBUTION DATE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

   DATE: 10/12/05.

   PROCEDURE:  CT scan of the cervical spine with sagittal and
   coronal reformats.

   COMPARISON:  10/2/05.

   INDICATION:  Trauma.

   TECHNIQUE:  Thin axial images were obtained of the cervical spine
   from the base of the skull through T1.  Sagittal and coronal
   reformats were obtained.

   FINDINGS:

   No fracture or malalignment is seen.  Bone mineralization is
   normal.  The vertebral body heights are normal.  Very mild loss of
   the vertebral disc space height at C2/C3, C3/C4, C4/C5 and C5/C6.
   Mild anterior osteophytes are identified at the C5/C6 disc space.
   Facet joints are normal.

   Incidentally visualized soft tissues of the neck are normal in
   appearance.  The lung apices are normal.


   IMPRESSION:

   No change in the appearance of mild multilevel degenerative disc
   disease in the cervical spine.  No acute osseous injury to the
   cervical spine.




   APPROVED BY:
   Thomas Druzgal, MD (RESIDENT)   /signed by/ Karen L Salzman
   Karen L Salzman   /signed by/ Karen L Salzman

    I have personally reviewed the images for this examination and agree
    with the report transcribed.
   by Karen L Salzman


   TRANSCRIBED BY: TALKSTATION INTERFACE
   EDITED BY: KAREN L SALZMAN


PRIVATE Scanned

ENCOUNTER REPORT 10/28/2005 USP NUMBER:18321      PRINTED: 2/14/2006
JONES,ROBERT (M) 44 Years (12/30/61)


10/28/2005 09:02  SITE WASTACH    TYPE MD SICK CALL    CLINIC VISIT
            TUBBS,KENNON C,MD  entered by:TUBBS,KENNON C,MD

                        DIAGNOSES/PROBLEMS

BLDJ8       DOCTOR ASSESSMENT
            IM CONT TO COMPLAIN OF PAIN IN NECK AND BACK FROM MVA
            AND DOES HAVE POSITIVE MRI FINDINGS FROM 04 THAT SHOW
            MASS EFFECT ON S1 NERVE.  CONT TO HAVE NECK PAIN IN NECK
            BRACE FROM MVA WILL GIVE MUSLCE RELAXER FOR 1 MONTH THEN
            FU WITH NEUROSURG

                          THERAPIES

YTSA2-1     CYCLOBENZAPRINE (FLEXERIL)
            10MG 1 PO ANH
            TID START: 10/28/2005 STOP :11/27/2005 *SC Rx#638564

**PRIVATE**

```
ENCOUNTER REPORT 12/5/2005 USP NUMBER:18321     PRINTED: 2/14/2006
JONES,ROBERT (M) 44 Years (12/30/61)


12/5/2005 17:23  SITE WASTACH    TYPE PA OR NP SICK CALL   CLINIC VISIT
           COOMBS,JOSEPH A,PAC  entered by:COOMBS,JOSEPH A,PAC

                           DISPOSITIONS

AACQ1      DISPOSITION          RTC PRN
               \I DO NOT THINK HE NEEDS A SHOE CLEARANCE

                        DIAGNOSES/PROBLEMS

VLDQ4      MUSCULOSKELETAL SYSTEM COMPLAINT <Subjective, RFV, 12/5/2005>
            F/I L ACETABULAR FX, DOING WELL,  OFF CRUTCHES, NEEDS
            THEM FOR 2 MORE WEEKS, WAS TOLD TO USE THEM, STILL HAS
            THEM. WILL GIVE BOTOM BUNK X 3 MONTHS ONLY DOING WELL,
            RTC PRN, WEAN OFF CRUTCHES

                            THERAPIES

BWBC8-P    CLEARANCE RECOMMEND APPROVAL - PRINT CLEARANCE
             BOTTOM BUNK FOR THREE MONTHS ONLY GOOD FOR THREE MONTHS ONLY,
```

PRIVATE

🖨 **Print**

Patient: JONES, ROBERT ELLIS Offender #: 20454
Sex: M     Age: 44
Height: 5' 9"          Weight: 205
Housing: SP, WAS, WD, 1, 29  , B
**********************************************************************
* Transaction Type:  CHARTING - MISCELLAN
* Transaction ID: 358680       Encounter ID:4877
* Charted By: JOSEPH COOMBS          Date: 01/30/2006
* Authorized By: JOSEPH COOMBS       Date: 01/30/2006   Time: 11:42
**********************************************************************
Charted By: JOSEPH COOMBS  Date: 01/30/2006  Time: 11:22
Title: PROGRESS NOTE
Nurse Noting Required: NO
Comments: RENEWED NSAIDS
**********************************************************************
* Transaction Type:  OUTSIDE CONSULT
* Transaction ID: 358674       Encounter ID:4877
* Order Reference ID: 31897
* Charted By: JOSEPH COOMBS          Date: 01/30/2006
* Authorized By: JOSEPH COOMBS       Date: 01/30/2006   Time: 11:38
**********************************************************************
Conditions
Outside Provider ID: 31  Provider Name: Ortho #10, UMC
Speciality:
Phone: (801)581-2041
Address 1: 50 North Medical Dr.
Address 2: null
City: Salt Lake City   State: UT
Consult Reason: F/U FOR HANDS ON AT UMC AFTER MRI L KNEE, WILL DISCUSS SURGERY
 NEED AT THAT TIME
Requested Date:     Start: 01/30/2006 End: 02/06/2006
Comments:
**********************************************************************
* Transaction Type:  OUTSIDE CONSULT
* Transaction ID: 358670       Encounter ID:4877
* Order Reference ID: 31895
* Charted By: JOSEPH COOMBS          Date: 01/30/2006
* Authorized By: JOSEPH COOMBS       Date: 01/30/2006   Time: 11:38
**********************************************************************
Conditions
Outside Provider ID: 5  Provider Name: CTs/MRIs/Radiology Scheduling, UMC
Speciality:   GENERAL SURGERY  INTERNAL MEDICINE
Phone: (801)581-7840
Address 1: 50 North Medical Dr.
Address 2:
City: Salt Lake City   State: UT
Consult Reason: PCL DISRUPTION BY EXAM, MRI L KNEE
MRI L KNEE
Requested Date:     Start: 01/30/2006 End: 02/06/2006
Comments:
**********************************************************************
* Transaction Type:  PATIENT ENCOUNTER
* Transaction ID: 358660       Encounter ID:4877
* Charted By: JOSEPH COOMBS          Date: 01/30/2006
* Authorized By: JOSEPH COOMBS       Date: 01/30/2006   Time: 11:38
**********************************************************************
Type: RETURN FROM CONSULT
Start: 01/30/2006 11:38
End: 01/30/2006 11:42
Desc.: telemed ortho, l knee pcl, mri l knee, hands on at umc after mri



**Print**

Patient: JONES, ROBERT ELLIS Offender #: 20454
Sex: M     Age: 44
Height: 5' 9"        Weight: 205
Housing: SP, WAS, WD, 1, 29 , B
*********************************************************************
* Transaction Type: OUTSIDE CONSULT RETU
* Transaction ID: 413902      Encounter ID:0
* Transaction Reference ID: 358674
* Charted By: JANET WELCH    Date: 02/13/2006
* Authorized By: JANET WELCH Date: 02/13/2006    Time: 14:07
*********************************************************************
Report Title: Ortho   2/13/06
Report Summary: Left knee PCL tear. Non-op at this time. Recommend aggressive
quadricep strengthening. F/U 2 months telemed. Note scanned.
Report File: N/A
*********************************************************************
* Transaction Type: OUTSIDE CONSULT RETU
* Transaction ID: 413062      Encounter ID:0
* Transaction Reference ID: 358670
* Charted By: JANET WELCH    Date: 02/13/2006
* Authorized By: JANET WELCH Date: 02/13/2006    Time: 10:49
*********************************************************************
Report Title: MRI   2/7/6
Report Summary: Impression left knee MRI: complete PCL tear. Focal cartilage
defect in the medial femoral condyle. Full report scanned.
Report File: N/A

**Back**

ChartReviewDetailsWindow.jsp



# MEMORANDRUM

**TO:**      **ROBERT JONES 18321      WD   129B**

**FROM:**      **CLINICAL SERVICES, RECORDS**

**DATE:**      **MARCH 29, 2006**

**SUBJECT:  <u>RELEASE OF RECORDS</u>**

**Enclosed is a copy of your records per your request dated: 3-20-06**


**Number of copies:  1   (UMC REPT DATED 12-8-04)**

WE HAVE NOT RECEIVED THE REPORT FROM THE UMC FOR 3-20-06


AMOUNT CHARGED TO INMATE ACCOUNT:   $.25




**These records will be provided to you one time only.  New records can be requested as they are generated.  Please safeguard them.**

Received letter dated 8-December, 2004 Post Surgery.
From Dr. Sharma to Dr. Tubbs.                        RET

## RECORDS REQUEST

**(1)**

Requester's Name: _Robert E. Jones_   Date: _3-20-06_

Agency Name: _U OF U MED CENTER_   Prison Number: _18321_
(if inmate)

Mailing Address: _____

_W-0129B_   Daytime Phone #: _____
(housing unit if inmate)

**(2)**

In accordance with the Governmental Records Access Management Act,
I am requesting to view/copy the following record (s):

1. Indicate complete name and prison number (if applicable) of the
   <u>subject of the information</u> requested _Robert Ellis Jones_
   _U.S.P # 18321_

2. Indicate the Utah Department of Corrections Division, facility, or
   program originating the information requested _W-0129B_

3. Indicate the approximate year, month, and day the information
   requested was entered into the record _3-20-06_

4. Indicate, with as much detail as possible, the nature of the
   information requested _I WAS SEEN AT UMC DERMATOLOGY_
   _DEPT. AND WANT TO VEIW RECORDS FROM TODAYS_
   _VISIT, OR STATED I DID HAVE MELANOMA RESECTING_
   _IN SURGERY ON-12-2-04 AND/OR ADDITIONAL_
   _DOCUMENTATION THAT STATES I DID IN FACT HAVE_
   _MELANOMA._

**(use additional pages as needed)**

**(3)**

### LEGAL AUTHORITY TO RECEIVE THE INFORMATION
(evidence must be provided)

1. [X] I am requesting information which I believe to be <u>Public</u>.
2. [X] I am the <u>subject</u> of the record being requested.
3. [ ] I am the <u>person</u> who <u>provided</u> the <u>information</u>.
4. [ ] I am the <u>parent or legal guardian</u> of the subject of the
   information.
5. [ ] I have a <u>Power of Attorney</u> from the subject of the information.
6. [ ] I have a <u>Notarized Release</u> from the subject of the information.
7. [ ] I have a <u>Court Order</u> from a court of competent jurisdiction.

**(4)**

If requested records are classified "Controlled", the requester
shall sign the following:

### ACKNOWLEDGMENT

I hereby acknowledge that I am a physician, psychologist, or certified
social worker and that I will not disclose controlled information to
any person, including the subject of the records, except in response to
a lawful order of the State Records Committee or the District Court.

_Robert E. Jones_   _3-20-06_
(signature)   (date)

(Revised 4/96)

# M E M O R A N D R U M

**TO:**         **ROBERT JONES   18321    WD   303B**

**FROM:**     **CLINICAL SERVICES, RECORDS**

**DATE:**      **APRIL 26, 2006**

**SUBJECT:**  **RELEASE OF RECORDS**

Enclosed is a copy of your records per your request dated: 4-23-06

Number of copies:  2  (MRI DATED 3-3-06)

AMOUNT CHARGED TO INMATE ACCOUNT:  $.50

These records will be provided to you one time only.  New records can be requested as they are generated.  Please safeguard them.

Money Transfer 28157

## RECORDS REQUEST

**(1)**

Requester's Name: ROBERT E. JONES     Date Requested: 4-23-06

Agency Name or
Prison Number: U.S.P #18321

Mailing Address: P.O. BOX 250     Business Address: _____
DRAPER UT 84020

Daytime Telephone: _____

**(2)**

In accordance with the Governmental Records Access Management Act,
I am requesting to view/copy the following record(s):

1. Indicate complete name and prison number (if applicable) of the
subject of the information requested ROBERT E. JONES
(UTAH STATE PRISON #18321).

2. Indicate the Utah Department of Corrections division, facility, or
program originating the information requested MEDICAL

3. Indicate the approximate year, month, and day the information
requested was entered into the record 3; MARCH 2006.

4. Indicate, with as much detail as possible, the nature of the informa-
tion requested RECORDS PERTAINING TO THE MRI THAT WAS
DONE ON MY LOWER BACK ON 3-3-06 AND ALSO THE
FINDINGS OF THAT MRI
**(use additional pages as needed)**

**(3)**

**LEGAL AUTHORITY TO RECEIVE THE INFORMATION**
(evidence must be provided)

1. [X] I am requesting information which I believe to be __Public__.
2. [X] I am the __subject__ of the record being requested.
3. [ ] I am the __person__ who __provided__ the __information__.
4. [ ] I am the __parent or legal guardian__ of the subject of the information.
5. [ ] I have a __Power of Attorney__ from the subject of the information.
6. [ ] I have a __Notarized Release__ from the subject of the information.
7. [ ] I have a __Court Order__ from a court of competent jurisdiction.

**(4)**

If requested records are classified "Controlled", the requester
shall sign the following:

**ACKNOWLEDGMENT**

I hereby acknowledge that I am a physician, psychologist, or certified
social worker and that I will not disclose controlled information to any
person, including the subject of the records, except in response to a
lawful order of the State Records Committee or the district court.

Robert E. Jones U.S.P #18321     4-23-06
**(signature)**                  **(date)**

RR1(8/92)

CONSULTATION
UNIVERSITY OF UTAH HOSPITALS AND CLINICS
SALT LAKE CITY, UTAH 84132

PATIENT LOC: AC18                      MRN:  05051255
VISIT NUMBER: 114573520                PAT NAME: ROBERT JONES
                                       DOB: Dec-30-1961  SEX: M

ACC #: 2512054                    REQUESTING MD: RICHARD GARDEN, MD
COMPLETED: Mar-3-2006 AT: 0739    ATTENDING MD: MICHAEL L HADLEY, MD

EXAM: MRI L-SPINE W/WO CONT    BSPII /15ml parmag con

Diagnosis: 722.10,V45.4                      DISTRIBUTION DATE:Mar-13
-----------------------------------------------------------------------

  EXAMINATION:  MRI LUMBAR SPINE

  DATE: March 3, 2006

  COMPARISON:  November 15th, 2004

  HISTORY:  Back pain

  TECHNIQUE:  MRI of the lumbar spine was performed using the
  standard spine coil.  The following sequences were obtained:
  1.  Sagittal spin echo T1, FSTIR and FSE T2.
  2.  Axial FSE T2 angled to the intervertebral disc spaces
  3.  Stack axial FSE T2 through the lumbar spine

  FINDINGS:  This dictation assumes 5 lumbar type vertebral bodies.

  The conus medullaris has a normal termination at L1/L2.  The
  visualized portions of the spinal cord appear normal.  The
  visualized retroperitoneum is unremarkable.

  Vertebral bone marrow is unremarkable.  Alignment is normal.

  A posterior disc bulges seen at the T11/12 level.

  L1/L2: No significant disk pathology, spinal stenosis or neural
  foraminal narrowing.
  L2/L3: No significant disk pathology, spinal stenosis or neural
  foraminal narrowing.
  L3/L4:  No significant disk pathology, spinal stenosis or neural
  foraminal narrowing.
  L4/L5:  No significant disk pathology, central canal stenosis, or
  neural foraminal narrowing.
  L5/S1:  Postoperative changes are present at this level, with the
  expected degree of surgical enhancement.  Residual posterior
  central disc protrusion is present.  This results in severe
  bilateral lateral recess and neural foraminal stenosis.  The
  overall size of the protrusion is significantly less than on the
  prior examination.                                    Scanned

  IMPRESSION:
   1.  Postsurgical changes at L5/S1, with residual posterior disc
  protrusion resulting in severe bilateral lateral recess and

204454
18321

CONSULTATION
UNIVERSITY OF UTAH HOSPITALS AND CLINICS
SALT LAKE CITY, UTAH 84132

PATIENT LOC: AC18                         MRN:  05051255
VISIT NUMBER: 114573520                   PAT NAME: ROBERT JONES
                                          DOB: Dec-30-1961   SEX: M

ACC #: 2512054                   REQUESTING MD: RICHARD GARDEN, MD
COMPLETED: Mar-3-2006 AT: 0739    ATTENDING MD: MICHAEL L HADLEY, MD

EXAM: MRI L-SPINE W/WO CONT    BSPII /15ml parmag con

Diagnosis: 722.10,V45.4                   DISTRIBUTION DATE:Mar-13
----------------------------------------------------------------------
   foraminal narrowing.  Expected degree of postsurgical enhancement
   is present.

   2.  Posterior disc protrusion at T11/12 resulting in mild central
   canal narrowing.

APPROVED BY:
Vineet Sharma, MD (FELLOW)  /signed by/ Vineet Sharma, MD (FELLOW)
Richard Kent Sanders   /signed by/ Richard Kent Sanders

by Richard Kent Sanders

Scanned

TRANSCRIBED BY: TALKSTATION INTERFACE
EDITED BY: TALKSTATION INTERFACE

Page 2

# M E M O R A N D R U M

**TO:**       **ROBERT JONES**    **18321**    **WD**  **303B**

**FROM:**    **CLINICAL SERVICES, RECORDS**

**DATE:**     **APRIL 28, 2006**

**SUBJECT:**  <u>**RELEASE OF RECORDS**</u>

**Enclosed is a copy of your records per your request dated: 4-12-06**

**Number of copies:  2    (LIST OF ALL MEDICATIONS)**

AMOUNT CHARGED TO INMATE ACCOUNT:  $.50

**These records will be provided to you one time only.  New records can be requested as they are generated.  Please safeguard them.**

## RECORDS REQUEST

**(1)**

Requester's Name: _ROBERT ELLIS JONES_ Date Requested: _4-12-06_

Agency Name or
Prison Number: _U.S.P #18321_
_W-D 303 b_

Mailing Address: _P.O. BOX 250_ Business Address: _____
_DRAPER, UTAH_

Daytime Telephone: _____

**(2)**

In accordance with the Governmental Records Access Management Act,
I am requesting to view/copy the following record(s):

1. Indicate complete name and prison number (if applicable) of the
subject of the information requested _ROBERT E. JONES_
_U.S.P #18321_

2. Indicate the Utah Department of Corrections division, facility, or
program originating the information requested _MEDIAL RECORDS_

3. Indicate the approximate year, month, and day the information
requested was entered into the record _AUGUST 2004 TO PRESENT_.

4. Indicate, with as much detail as possible, the nature of the informa-
tion requested _I WOULD LIKE AN ACTUAL PRINTOUT OF ALL THE_
_MEDICATIONS I HAVE TAKEN THAT WERE PROSCRIBED TO ME_ ~~the~~
~~medications that are being given to me now and~~ _ALL MEDICATIONS_.
(use additional pages as needed) _AND WHAT FOR!!_

**(3)**

### LEGAL AUTHORITY TO RECEIVE THE INFORMATION
(evidence must be provided)

1. [X] I am requesting information which I believe to be _Public_.
2. [X] I am the _subject_ of the record being requested.
3. [ ] I am the _person_ who provided the _information_.
4. [ ] I am the _parent or legal guardian_ of the subject of the _information_.
5. [ ] I have a _Power of Attorney_ from the subject of the information.
6. [ ] I have a _Notarized Release_ from the subject of the _information_.
7. [ ] I have a _Court Order_ from a court of competent jurisdiction.

**(4)**

If requested records are classified "Controlled", the requester
shall sign the following:

#### ACKNOWLEDGMENT

I hereby acknowledge that I am a physician, psychologist, or certified
social worker and that I will not disclose controlled information to any
person, including the subject of the records, except in response to a
lawful order of the State Records Committee or the district court.

_Robert Ellis Jones_                _4-12-06_
(signature)                         (date)

RR1(8/92)

```
Medication Hx for  JONES,ROBERT          prescribed since 12/1/94
Printed on  4/27/2006
```

| Medication | Dose | Qty | Route | Freq | Start | End |
|---|---|---|---|---|---|---|
| NAPROXEN | 500MG | 1 | PO | BID | 01/28/2004 | 2/24/2004 |
| RANITIDINE | 150MG | 1 | PO | BID | 01/28/2004 | 04/26/2004 |
| AMITRIPTYLINE | 50MG | 1 | PO | QD | 02/04/2004 | 3/1/2004 |
| CYCLOBENZAPRINE | 10MG | 1 | PO | BID | 02/06/2004 | 02/11/2004 |
| NAPROXEN | 500MG | 1 | PO | BID | 02/24/2004 | 03/24/2004 |
| ERYTHROMYCIN TOPICAL SOLUTION | 2% | 1 | TOP | BID | 02/24/2004 | 03/09/2004 |
| PSYLLIUM POWDER | 500GM | 1 | PO | BID | 02/24/2004 | 03/24/2004 |
| AMITRIPTYLINE | 50MG | 1.5 | PO | QHS | 03/01/2004 | 08/27/2004 |
| TREATMENTS | | | | QD | 03/01/2004 | 08/27/2004 |
| NAPROXEN | 500MG | 1 | PO | BID | 05/14/2004 | 08/12/2004 |
| RANITIDINE | 150MG | 1 | PO | BID | 05/14/2004 | 09/11/2004 |
| TOLNAFTATE CREAM | 1% | 1 | TOP | BID | 07/13/2004 | 07/27/2004 |
| NAPROXEN | 500MG | 1 | PO | BID | 08/13/2004 | 1/26/2005 |
| BACITRACIN AND POLYMYXIN OPTH | 5GM | 1 | TOP | BID | 08/13/2004 | 09/12/2004 |
| AMITRIPTYLINE | 50MG | 1.5 | PO | QHS | 09/05/2004 | 12/04/2004 |
| RANITIDINE | 150MG | 1 | PO | BID | 09/28/2004 | 12/27/2004 |
| PSYLLIUM POWDER | 500GM | 1 | PO | BID | 11/20/2004 | 12/19/2004 |
| PROPOXYPHENE APAP 100/650 | 1TAB | 1 | PO | SPECI | 12/02/2004 | 12/07/2004 |
|     2 PILLS QID | | | | | | |
| BACITRACIN OINTMENT | 15GM | 1 | TOP | QD | 12/23/2004 | 1/26/2005 |
| ACETAMINOPHEN | 325MG | 2 | PO | BID | 12/23/2004 | 01/13/2005 |
| RANITIDINE | 150MG | 1 | PO | BID | 01/10/2005 | 1/26/2005 |
| BACITRACIN OINTMENT | 15GM | 1 | PO | SPECI | 10/06/2005 | 10/11/2005 |
|     TO ABRAISIONS DAILY | | | | | | |
| OXYCODONE AND ACETAMINOPHEN | 1TAB | 2 | PO | QID | 10/06/2005 | 10/11/2005 |
| ACETYLSALICYLIC ACID | 81MG | 1 | PO | QD | 10/06/2005 | 11/05/2005 |
| NAPROXEN | 500MG | 1 | PO | BID | 10/08/2005 | 10/14/2005 |
| MAGNESIUM HYDROXIDE | 5CC | 6 | PO | SPECI | 10/08/2005 | 10/14/2005 |
|     30 ML QOD PRN CONSTIPATION | | | | | | |
| DIPHENHYDRAMINE HCL | 50MG | 1 | PO | BID | 10/08/2005 | 10/14/2005 |
| AMITRIPTYLINE | 25MG | 3 | PO | QD | 10/13/2005 | 04/10/2006 |
| CYCLOBENZAPRINE | 10MG | 1 | PO | TID | 10/28/2005 | 11/27/2005 |
| TREATMENTS | | | | PRN | 12/05/2005 | 12/05/2006 |

**Patient:** JONES, ROBERT         **Offender #:** 20454
**Housing:** SP WAS WD 3 03 B       **Security Class:** 1-B
**Rlse. Date:** N/A              **Mth. To Rlse.:** N/A
**Allergies:**
**Active DX:** OTHER SYMPTOMS REFERABLE TO BACK | INTERNAL DERANGEMENT OF
KNEE | BACKACHE, UNSPECIFIED | ENCOUNTERS FOR ADMINISTRATIVE PURPOSES |
REFLUX ESOPHAGITIS | HEADACHE |

## Medication Order List

### Active Medications

| | Order Date | Ordered By | Order Status | ReOrder |
|---|---|---|---|---|
| 53792 | 04/25/2006 | SIDNEY G ROBERTS | FILLED (Rx:32686) | |

**CYCLOBENZAPR TAB 10MG** 1 TABLET TID 04/25/2006 10 DAYS
Comments:

| | | | | |
|---|---|---|---|---|
| 53787 | 04/25/2006 | SIDNEY G ROBERTS | FILLED (Rx:32696) | |

**TRAMADOL HCL TAB 50MG** 2 TABLET BID 04/25/2006 60 DAYS
Comments: 2

| | | | | |
|---|---|---|---|---|
| 41379 | 03/09/2006 | PAUL ROSSER | FILLED (Rx:26541) | |

**RANITIDINE TAB 150MG** 1 TABLET BID 03/09/2006 360 DAYS
Comments:

| | | | | |
|---|---|---|---|---|
| 36986 | 02/21/2006 | SIDNEY G ROBERTS | FILLED (Rx:24153) | |

**GABAPENTIN** 1 TABLET TID 02/21/2006 179 DAYS
Comments: 100MG TID FOR X 3DAYS, 300MG TID X3DAYS THEN 600MG PO TID

| | | | | |
|---|---|---|---|---|
| 36985 | 02/21/2006 | SIDNEY G ROBERTS | FILLED (Rx:24154) | |

**NABUMETONE TAB 750MG** 1 TABLET BID 02/21/2006 89 DAYS
Comments:

### Expired Medications in the last 14 days

| | Order Date | Ordered By | Order Status | ReOrder |
|---|---|---|---|---|

No Expired Medication(s) found for the Patient

Search

Record(s) displayed/found: 1-5 /5
Page(s): **1** |

MedicationOrderListRO.jsp



University Health Care

Otolaryngology—Head & Neck Surgery

*Faculty*

CLOUGH SHELTON, M.D.
Professor and Chief
Otology/Neurotology
(801) 585-5450

BRANDON G. BENTZ, M.D.
Assistant Professor
Head and Neck Oncology
(801) 581-7515

DEAN W. GRAY, M.D.
Associate Clinical Professor
Otolaryngology
(801) 587-7678

J. FREDRIK GRIMMER, M.D.
Assistant Professor
Pediatric Otolaryngology
(801) 588-3983

LELAND P. JOHNSON, M.D.
Associate Clinical Professor
Otolaryngology
(801) 585-7143

STEVEN R. MOBLEY, M.D.
Assistant Professor
Facial Plastic &
Reconstructive Surgery
(801) 585-5223

HARLAN R. MUNTZ, M.D.
Professor
Pediatric Otolaryngology
(801) 588-3983

RICHARD R. ORLANDI, M.D.
Associate Professor
Rhinology and Sinus Surgery
(801) 581-7515

ALBERT H. PARK, M.D.
Associate Professor
Pediatric Otolaryngology
(801) 588-3983

PRAMOD K. SHARMA, M.D.
Assistant Professor
Head and Neck Oncology
(801) 585-7143

MARSHALL E. SMITH, M.D.
Associate Professor
Laryngology
Pediatric Otolaryngology
(801) 588-3983

SUSAN L. THIBEAULT, Ph.D.
Assistant Professor
Speech Language Pathology
Research Director
(801) 587-3888

April 5, 2006

Mr. Robert Jones
Inmate # 18321
Housing # W-D 129 B
Utah State Prison
Department of Corrections
PO Box 250
Draper, Utah 84020

**RE:   Robert Jones**
**MRN:  05051255**

Dear Mr. Jones,

I have reviewed your records and you were found to have had a melanoma of 0.75 mm. thickness, of the scalp. You underwent excision of this scalp lesion with a split thickness skin graft reconstruction on 12/2/04. In addition, a lymph node that represented the drainage point of this area was examined and was found to have no cancer in it, indicating that the cancer had not spread from your scalp. Examination of the surgical specimen revealed that the entire melanoma had been excised.

To summarize, this means you do have a diagnosis of a scalp melanoma of low risk, due to its depth of invasion. The surgical excision that you underwent is most often curative. The lymph node that was removed did not show any cancer, indicating it had not spread. Therefore, the only additional treatment you need is surveillance to make sure the cancer does not recur.

I will enclose the copies of my letters dated 12/8/04 and 11/16/04. I hope this will clarify your medical situation.

Sincerely,

Pramod K. Sharma, MD, FACS
Assistant Professor

Enclosures

PKS:ec

**All Correspondence to:**

**University of Utah School of Medicine**
30 North 1900 East
Salt Lake City, Utah 84132
Fax (801) 585-5744

**Primary Children's Medical Center**
100 North Medical Drive, Suite 4500
Salt Lake City, Utah 84113
Fax (801) 588-3982

University of Utah Hospitals and Clinics
Salt Lake City, UT

# Letter                                    JONES, ROBERT - 05051255

Result Type:        Letter
Service Date:       November 16, 2004 12:00 AM
Result Status:      Unauth
Result Title:       LET
Authored By:        Sharma, Pramod Kumar on November 16, 2004 12:00 AM

**LET**

Provider: SHARMA, PRAMOD, KUMAR


November 16, 2004


Dr. Tubbs
Utah State Prison
Department of Corrections
PO Box 250
Draper, Utah  84020

RE:              Robert Jones
ENT:             89689
MRN:             05051255

Dear Dr. Tubbs,

I had the pleasure of seeing Robert Jones today in consultation.  Mr. Jones is a 42 year old
male with a history of a scalp lesion.  He underwent a biopsy on approximately 9/17/04.
This was evaluated and there was a question as to whether this was a benign or malignant
lesion.  Examination at the Dermopathology Laboratory at the University of Utah School of
Medicine confirms this to be a malignant melanoma, with invasion to at least 0.75 mm.  The
patient denies any family history of malignant melanoma.  His past medical history is
significant for chronic back pain, with a history of a diskectomy for a herniated disk.  He
smokes approximately one-half pack a day for 25 years.  He no longer consumes alcohol
products.

Physical Examination:  Evaluation of the scalp reveals a raised oval lesion that is
approximately 1.5 cm. in diameter in the vertex on the right side of midline.  There are no
other abnormalities of the scalp.  Palpation of the neck reveals no lymphadenopathy.  The
remainder of the head and neck examination was essentially normal.

In summary, Mr. Jones has a malignant melanoma of at least 0.75 mm. thickness, without
ulceration (deep margin positive).  This lesion represents a probable intermediate risk and
therefore I have recommended lymphoscintigraphy to identify sentinel node, with sentinel
node biopsy.  I have also recommended wide local excision with 2 cm. margins and a split
thickness skin graft.  I have explained the procedure in detail to the patient including all
risks and benefits and he has consented.  This will be scheduled in the near future.

Thank you for allowing me to be involved in the care of this patient.  I will keep you
informed as to his progress.

University of Utah Hospitals and Clinics
Salt Lake City, UT

# Letter                                    JONES, ROBERT - 05051255

Sincerely,


Pramod K. Sharma, MD, FACS
Assistant Professor

PKS:ec

University of Utah Hospitals and Clinics
Salt Lake City, UT

## Letter                                                JONES, ROBERT - 05051255

| | |
|---|---|
| Result Type: | Letter |
| Service Date: | December 08, 2004 12:00 AM |
| Result Status: | Unauth |
| Result Title: | LET |
| Authored By: | Sharma, Pramod Kumar on December 08, 2004 12:00 AM |

**LET**

Provider: SHARMA, PRAMOD, KUMAR


December 8, 2004


Dr. Tubbs
Utah State Prison
Department of Corrections
PO Box 250
Draper, Utah  84020


RE:              Robert Jones
ENT:             89689
MRN:             05051255

Dear Dr. Tubbs,

I had the pleasure of seeing Robert Jones today in follow up.  Mr. Jones is a 42 year old
male with a history of a scalp melanoma.  He underwent wide local excision with split
thickness skin graft reconstruction and a sentinel node biopsy on 12/2/04.  He has done well
since that time and has no complaints today.

Physical Examination:  Evaluation of the scalp reveals the bolster to be in good position.
This was removed without difficulty and examination reveals 100% take of the graft.
Examination of the neck reveals the sentinel node biopsy site to be well healed.  The
remainder of the head and neck examination was essentially normal.

Pathology:  Final histopathology reveals negative margins of the primary site.  Examination
of the sentinel node reveals no evidence of malignant melanoma.

In summary, Mr. Jones is currently doing well and is recovering nicely from his recent
surgery.  I have asked him to return to see me in six months for cancer surveillance.

Thank you for allowing me to be involved in the care of this patient.  I will keep you
informed as to his progress.

Sincerely,


Pramod K. Sharma, MD, FACS



| | | |
|---|---|---|
| Printed by: | Cervantes, Mary Elena | Page 1 of 2 |
| Printed on: | 4/13/2006 4:40 PM | (Continued) |

University of Utah Hospitals and Clinics
Salt Lake City, UT

Letter                                              **JONES, ROBERT - 05051255**

Assistant Professor

PKS:ec

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
ROBERT ELLIS JONES

**DEFENDANTS** STATE OF UTAH DEPARTMENT OF CORRECTIONS UTAH STATE PRISON / MEDICAL DEPT.

**(b)** County of Residence of First Listed Plaintiff  SALT LAKE
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  SALT LAKE
(IN U.S. PLAINTIFF CASES)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

RECEIVED CLERK

JUN 26 2006

U.S. DISTRICT COURT

**(c)** Attorney's (Firm Name, Address, and Telephone Number)  PRO SE
ROBERT ELLIS JONES U.S.P. #18321
P.O. BOX 250 DRAPER, UTAH 84020

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** ☐ 310 Airplane ☐ 315 Airplane Product Liability ☐ 320 Assault, Libel & Slander ☐ 330 Federal Employers' Liability ☐ 340 Marine ☐ 345 Marine Product Liability ☐ 350 Motor Vehicle ☐ 355 Motor Vehicle Product Liability ☐ 360 Other Personal Injury | **PERSONAL INJURY** ☐ 362 Personal Injury - Med. Malpractice ☐ 365 Personal Injury - Product Liability ☐ 368 Asbestos Personal Injury Product Liability **PERSONAL PROPERTY** ☐ 370 Other Fraud ☐ 371 Truth in Lending ☐ 380 Other Personal Property Damage ☐ 385 Property Damage Product Liability | ☐ 610 Agriculture ☐ 620 Other Food & Drug ☐ 625 Drug Related Seizure of Property 21 USC 881 ☐ 630 Liquor Laws ☐ 640 R.R. & Truck ☐ 650 Airline Regs. ☐ 660 Occupational Safety/Health ☐ 690 Other | ☐ 422 Appeal 28 USC 158 ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment ☐ 410 Antitrust ☐ 430 Banks and Banking ☐ 450 Commerce ☐ 460 Deportation ☐ 470 Racketeer Influenced and Corrupt Organizations ☐ 480 Consumer Credit ☐ 490 Cable/Sat TV ☐ 810 Selective Service ☐ 850 Securities/Commodities/ Exchange ☐ 875 Customer Challenge 12 USC 3410 ☐ 890 Other Statutory Actions ☐ 891 Agricultural Acts ☐ 892 Economic Stabilization Act ☐ 893 Environmental Matters ☐ 894 Energy Allocation Act ☐ 895 Freedom of Information Act ☐ 900Appeal of Fee Determination Under Equal Access to Justice ☐ 950 Constitutionality of State Statutes |
| ☐ 120 Marine ☐ 130 Miller Act ☐ 140 Negotiable Instrument ☐ 150 Recovery of Overpayment & Enforcement of Judgment ☐ 151 Medicare Act ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) ☐ 153 Recovery of Overpayment of Veteran's Benefits ☐ 160 Stockholders' Suits ☐ 190 Other Contract ☐ 195 Contract Product Liability ☐ 196 Franchise | | | | **PROPERTY RIGHTS** ☐ 820 Copyrights ☐ 830 Patent ☐ 840 Trademark **LABOR** ☐ 710 Fair Labor Standards Act ☐ 720 Labor/Mgmt. Relations ☐ 730 Labor/Mgmt.Reporting & Disclosure Act ☐ 740 Railway Labor Act ☐ 790 Other Labor Litigation ☐ 791 Empl. Ret. Inc. Security Act | **SOCIAL SECURITY** ☐ 861 HIA (1395ff) ☐ 862 Black Lung (923) ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI ☐ 865 RSI (405(g)) **FEDERAL TAX SUITS** ☐ 870 Taxes (U.S. Plaintiff or Defendant) ☐ 871 IRS—Third Party 26 USC 7609 | |
| **REAL PROPERTY** ☐ 210 Land Condemnation ☐ 220 Foreclosure ☐ 230 Rent Lease & Ejectment ☐ 240 Torts to Land ☐ 245 Tort Product Liability ☐ 290 All Other Real Property | **CIVIL RIGHTS** ☐ 441 Voting ☐ 442 Employment ☐ 443 Housing/ Accommodations ☐ 444 Welfare ☐ 445 Amer. w/Disabilities - Employment ☐ 446 Amer. w/Disabilities - Other ☐ 440 Other Civil Rights | **PRISONER PETITIONS** ☐ 510 Motions to Vacate Sentence **Habeas Corpus:** ☐ 530 General ☐ 535 Death Penalty ☐ 540 Mandamus & Other ☐ 550 Civil Rights ☐ 555 Prison Condition | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C. SECTION 1983
Brief description of cause:
PERMANENT DISFIGUREMENT

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 25,000,000

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE  2 JUNE, 2006

SIGNATURE OF ATTORNEY OF RECORD  Robert Ellis Jones  PRO SE

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING _____

Judge Dale A. Kimball
DECK TYPE: Civil
DATE STAMP: 06/30/2006 @ 09:13:34
CASE NUMBER: 2:06CV00527  DAK